Opinion issued July 16, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00455-CV

____________


TRINITY WORKPLACE LEARNING CORPORATION, Appellant


V.


TECHNOMEDIA INTERNATIONAL, INC., Appellee






On Appeal from the 190th District Court

Harris County, Texas

Trial Court Cause No. 2007-69993






MEMORANDUM OPINION

 Appellant, Trinity Workplace Learning Corporation, has filed an unopposed
motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the
motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1).

 We overrule all other pending motions as moot and direct the Clerk to issue
mandate within 10 days of the date of this opinion. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Jennings, Alcala, and Higley.